# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**V.S.**                                            **CRIMINAL ACTION NUMBER: 3:10CR-42-CRS**

**HILBER MATEO-GONZALEZ - 01**                                             **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Laura R. Wyrosdick, Assistant Federal Defender, appeared before me on June 28, 2010, and entered a plea of guilty as to Count 1 of the Indictment pursuant to a Rule 11 (c)(1)(B) plea agreement. The proceedings were reported by Dena Legg, Official Court Reporter and interpreted by Teresa Thorpe, Certified Spanish Interpreter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending his appearance at sentencing before the District Court.

July 19, 2010

*James D. Moyer*
**James D. Moyer**
**United States Magistrate Judge**

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 25

Court Reporter: Dena Legg
Interpreter: Teresa Thorpe, Certified