UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                           CRIMINAL ACTION NO.    3:10CR-42-CRS

HILBER MATEO-GONZALEZ - 01                                                  DEFENDANT

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D..Moyer, the plea of guilty by the Defendant to Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is set on **AUGUST 13, 2010 at 3:30 p.m**. before the undersigned.

**IT IS SO ORDERED THIS**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant